IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                                   **PETITIONER**

v.                              **CASE NO. 4:21-cv-00843-LPR-JTK**

**JOSEPH GORMAN, et al.**                                                                              **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a careful and *de novo* review of the findings and recommendations, the timely objections thereto,[1] and the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

IT IS SO ORDERED this 3rd day of November 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE

---

[1] Mr. McCoy did not actually file an objection. But the Court will treat Doc. 4 as if it were an objection.