## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                    **PETITIONER**

**v.**                              **CASE NO. 4:21-cv-00843-LPR-JTK**

**JOSEPH GORMAN, et al.**                                          **RESPONDENT**

## <u>JUDGMENT</u>

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED

and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of November 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE